**EXHIBIT 1**



## PRODUCER COMPENSATION NOTICE

You can review and obtain information on The Hartford's producer compensation practices at www.TheHartford.com or at 1-800-592-5717.

**POLICY NUMBER:** 10 SBA VP9803



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

| SCHEDULE |
|---|
| **Terrorism Premium:** |
| **$**             $53.00 |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended (TRIA), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for "certified acts of terrorism" under TRIA. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement.

**B.** The following definition is added with respect to the provisions of this endorsement:

**1.** A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of TRIA, to be an act of terrorism under TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

**a.** The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and

**b.** The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of an United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion

**C. Disclosure Of Federal Share Of Terrorism Losses**

The United States Department of the Treasury will reimburse insurers for a portion of insured losses, as indicated in the table below, attributable to "certified acts of terrorism" under TRIA that exceeds the applicable insurer deductible:

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| **2015** | **85%** |
| **2016** | **84%** |
| **2017** | **83%** |
| **2018** | **82%** |
| **2019** | **81%** |
| **2020 or later** | **80%** |

However, if aggregate industry insured losses under TRIA exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States government has not charged any premium for their participation in covering terrorism losses.

© 2015 , The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

**D. Cap On Insurer Liability for Terrorism Losses**

If aggregate industry insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA, we shall not be liable for the payment of any portion of the amount of such losses that exceed $100 billion. In such case, your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury, based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with the Treasury's procedures, amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of terrorism coverage, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form, Coverage Part or Policy.

**F. All other terms and conditions remain the same.**



# IMPORTANT NOTICE TO POLICYHOLDERS

| |
|---|
| **ERISA - EMPLOYEE DISHONESTY** |

You are receiving this notice because your renewal policy contains ERISA-EMPLOYEE DISHONESTY.

The Employee Retirement Income Security Act of 1974 (ERISA) is a federal law that sets rules and standards of conduct for private sector employee benefit plans and those that invest and manage their assets.  One of ERISA's requirements is that people who handle plan funds and other property must be covered by a fidelity bond to protect the plan from losses due to fraud or dishonesty.

Please be advised that on or before the beginning of each plan year, the plan administrator or other plan fiduciary must ensure that the plan has the legally required bonding amount for the individuals who will handle the plan's funds and other property. If necessary, the plan administrator or other plan fiduciary may need to obtain appropriate adjustments or additional protection to ensure that the coverage will be in compliance for the new plan year.

If you wish to adjust the amount of your ERISA fidelity bond, please reach out to your agent or Hartford representative.

© 2018, The Hartford

```
            REGIONAL  OFFICE  INSTRUCTION  SHEET

                         POLICY  NUMBER:  10 SBA VP9803   SB


ROUTING  INSTRUCTIONS

_SEND TO RECORDS.   TRANSFER  CORR  IF  APPLICABLE.
```

POLICY FACE SHEET

```
03
98 INSURER:
VP SENTINEL INSURANCE COMPANY, LIMITED
SBA
```

      POLICY NO. 10 SBA VP9803  SB              RECORDS RETENTION - PERMANENT

```
DECLARATIONS
ITEMS
1. NAMED INSURED AND              SHARDE HARVEY DDS PLLC
   MAILING ADDRESS:               SEE FORM SS1235
                                  121 E 60TH ST STE 1B
                                  NEW YORK, NEW YORK
                                  NY. 10026


2. POLICY PERIOD:                 12/16/19   12/16/20    1
                                  INCEPTION  EXPIRATION  YEAR


   AGENT'S CODE: 152345
   AGENT'S NAME: MOGIL ORGANIZATION LLC


   PREVIOUS POLICY NO. 10 SBA VP9803


3. THE NAMED INSURED IS: LIMITED LIAB CORP


   POLICY STATUS: ACTIVE
   LOB LEVEL OF SUPPORT: SP-S
   MARKET SEGMENTATION:  890


   SELECT CUSTOMER
   DIRECT ACCOUNT BILL NUMBER - 12847991
   DEDUCTIBLE
   LOSS PAYEE
   ADDITIONAL INSURED(S)
                                          AUTOMATICALLY  BOOKED
                                   ABBREVIATED  POLICY  ISSUED
```

03
98
VP
SBA

This **Spectrum Policy** consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the stock insurance company of The Hartford Insurance Group shown below.

**INSURER:**    SENTINEL INSURANCE COMPANY, LIMITED
              ONE HARTFORD PLAZA, HARTFORD, CT 06155
COMPANY CODE: A

**Policy Number:**  10 SBA VP9803  SB

# SPECTRUM POLICY DECLARATIONS

**Named Insured and Mailing Address:**     SHARDE HARVEY DDS PLLC
(No., Street, Town, State, Zip Code)       SEE FORM SS 12 35
                                           121 E 60TH ST STE 1B
                                           NEW YORK          NY  10026

**Policy Period:**          **From**    12/16/19    **To**    12/16/20    1    YEAR
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in New Hampshire.

**Name of Agent/Broker:**  MOGIL ORGANIZATION LLC
**Code:**  152345

**Previous Policy Number:**  10 SBA VP9803

**Named Insured is:**  LIMITED LIAB CORP

**Audit Period:**  NON-AUDITABLE

**Type of Property Coverage:**  SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

**TOTAL ANNUAL PREMIUM IS:**          $2,679

     NEW YORK FIRE FEE:      $      29.78

Countersigned by          *Susan L. Castaneda*

                          Authorized Representative                    09/17/19
                                                                         Date

**Form SS 00 02 12 06**                   **Page** 001 (CONTINUED ON NEXT PAGE)
**Process Date:** 09/17/19               **Policy Expiration Date:** 12/16/20

## SPECTRUM POLICY DECLARATIONS  (Continued)
**POLICY NUMBER:** 10 SBA VP9803

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by
Number below.

**Location:** 001          **Building:** 001

121 E 60TH ST STE B
NEW YORK          NY 10026

**Description of Business:**
Medical Office - Dentist


**Deductible:** $ 2,500 PER OCCURRENCE
          WINDSTORM OR HAIL: 5% (FORM SS 82 23)


**BUILDING AND BUSINESS PERSONAL PROPERTY    LIMITS OF INSURANCE**

  **BUILDING**

                              NO COVERAGE




  **BUSINESS PERSONAL PROPERTY**

    **REPLACEMENT COST**              $   894,500


  **PERSONAL PROPERTY OF OTHERS**

    **REPLACEMENT COST**              NO COVERAGE

MONEY AND SECURITIES

 INSIDE THE PREMISES              $   10,000
 OUTSIDE THE PREMISES             $    5,000


LOSS PAYEE:  APPLIES

**SPECTRUM POLICY DECLARATIONS (Continued)**
**POLICY NUMBER:** 10 SBA VP9803

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001        **Building:** 001

**PROPERTY OPTIONAL COVERAGES APPLICABLE    LIMITS OF INSURANCE
      TO THIS LOCATION**

SUPER STRETCH FOR MEDICAL OFFICES
FORM SS 04 93
THIS FORM INCLUDES MANY ADDITIONAL
COVERAGES AND EXTENSIONS OF
COVERAGES. A SUMMARY OF THE
COVERAGE LIMITS IS ATTACHED.

## SPECTRUM POLICY DECLARATIONS (Continued)
**POLICY NUMBER:** 10 SBA VP9803

**PROPERTY OPTIONAL COVERAGES APPLICABLE   LIMITS OF INSURANCE**
      **TO ALL LOCATIONS**

| | |
|---|---|
| **BUSINESS INCOME AND EXTRA EXPENSE COVERAGE** | 12 MONTHS ACTUAL LOSS SUSTAINED |
| **COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS:** | |
| | |
| **ACTION OF CIVIL AUTHORITY:** | 30 DAYS |
| **EXTENDED BUSINESS INCOME:** | 30 CONSECUTIVE DAYS |

**EQUIPMENT BREAKDOWN COVERAGE**
 **COVERAGE FOR DIRECT PHYSICAL LOSS**
 **DUE TO:**
  **MECHANICAL BREAKDOWN,**
  **ARTIFICIALLY GENERATED CURRENT**
  **AND STEAM EXPLOSION**

| | | |
|---|---|---|
| **THIS ADDITIONAL COVERAGE INCLUDES THE FOLLOWING EXTENSIONS** | | |
|   **HAZARDOUS SUBSTANCES** | $ | 50,000 |
|   **EXPEDITING EXPENSES** | $ | 50,000 |

**MECHANICAL BREAKDOWN COVERAGE ONLY APPLIES WHEN BUILDING OR BUSINESS PERSONAL PROPERTY IS SELECTED ON THE POLICY**

| | | |
|---|---|---|
| **IDENTITY RECOVERY COVERAGE** | $ | 15,000 |
| **FORM SS 41 46** | | |

**SPECTRUM POLICY DECLARATIONS (Continued)**
**POLICY NUMBER:** 10 SBA VP9803

| **BUSINESS LIABILITY** | **LIMITS OF INSURANCE** |
|---|---|
| **LIABILITY AND MEDICAL EXPENSES** | $1,000,000 |
| **MEDICAL EXPENSES - ANY ONE PERSON** | $   10,000 |
| **PERSONAL AND ADVERTISING INJURY** | $1,000,000 |
| **DAMAGES TO PREMISES RENTED TO YOU** <br> **ANY ONE PREMISES** | $1,000,000 |
| **AGGREGATE LIMITS** <br>     **PRODUCTS-COMPLETED OPERATIONS** | $2,000,000 |
|     **GENERAL AGGREGATE** | $2,000,000 |

```
BUSINESS  LIABILITY  OPTIONAL
COVERAGES

HIRED/NON-OWNED  AUTO  LIABILITY          $1,000,000
FORM:  SS 01 97

CYBERFLEX  COVERAGE
FORM SS 40 26
```

## SPECTRUM POLICY DECLARATIONS (Continued)
**POLICY NUMBER:** 10 SBA VP9803

**BUSINESS LIABILITY OPTIONAL COVERAGES**              **LIMITS OF INSURANCE**
    **(Continued)**

UNMANNED AIRCRAFT LIABILITY
FORM: SS 42 06

**SPECTRUM POLICY DECLARATIONS (Continued)**
**POLICY NUMBER:** 10 SBA VP9803

```
     LOSS PAYEE  :                    BANK OF AMERICA, NA, ISAOA
     FORM SS 12 12                    600 N CLEVELAND AVE, SUITE 300
                                      WESTERVILLE, OH. 43082
             PROPERTY:                BUSINESS PERSONAL PROPERTY
```

**Form Numbers of Forms and Endorsements that apply:**

```
SS 00 01 03 14     SS 00 05 10 08     SS 00 07 07 05     SS 00 08 04 05
SS 00 60 09 15     SS 00 61 07 19     SS 00 64 09 16     SS 12 35 03 12
SS 01 26 07 18     SS 01 97 09 09     SS 42 06 03 17     SS 04 19 04 09
SS 04 22 07 05     SS 04 30 07 05     SS 04 39 07 05     SS 04 41 03 18
SS 04 42 03 17     SS 04 44 07 05     SS 04 45 07 05     SS 04 46 09 14
SS 04 47 04 09     SS 04 78 12 17     SS 04 80 03 00     SS 04 86 03 00
SS 04 93 09 07     SS 40 18 07 05     SS 40 26 04 05     SS 41 46 12 17
SS 41 51 10 09     IH 10 01 09 86     SS 05 47 09 15     SS 51 06 01 15
SS 51 11 03 17     SS 12 12 03 92     106373             IH 99 40 04 09
IH 99 41 04 09     SS 82 23 09 15     SS 83 76 01 15     SS 84 19 09 07
SS 89 93 07 16
     IH 12 00 11 85  .
```

**Form SS 00 02 12 06**                    **Page** 007
**Process Date:** 09/17/19                 **Policy Expiration Date:** 12/16/20

**POLICY NUMBER:** 10 SBA VP9803



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF THE DECLARATIONS - ADDITIONAL PERSONS OR ORGANIZATIONS DESIGNATED AS NAMED INSUREDS

The following person(s) or organization(s) are added to the Declarations as Named Insureds:

```
SHARDE  HARVEY  DDS  PLLC
DBA UPPER  EAST  DENTAL  INNOVATIONS
```



# SUPER STRETCH FOR MEDICAL OFFICES SUMMARY

**SUMMARY OF COVERAGE LIMITS**

This is a summary of the Coverages and the Limits of Insurance provided by the Super Stretch for Medical Offices Coverage form SS 04 93 which is included in this policy.  No coverage is provided by this summary.  Refer to coverage form SS 04 93 to determine the scope of your insurance protection.

The Limits of Insurance for the following Additional Coverages are in addition to any other limit of insurance provided under this policy:

| **Blanket Coverage Limit of Insurance: $150,000** |
| **Blanket Coverages** |
| Accounts Receivable- On/Off Premises |
| Computers and Media |
| Debris Removal |
| Personal Property of Others |
| Temperature Change |
| Valuable Papers and Records- On/Off Premises |

| **Coverage** | **Limit** |
|---|---|
| Brands and Labels | Up to Business Personal Property Limit |
| Claims Expense | $ 10,000 |
| Computer Fraud | $ 5,000 |
| Employee Dishonesty (including ERISA) | $ 25,000 |
| Fine Arts | $ 25,000 |
| Forgery | $ 25,000 |
| Laptop Computers- Worldwide Coverage | $ 10,000 |
| Off Premises Service – Direct Damage | $ 25,000 |
| Outdoor Signs | Full Value |
| Pairs and Sets | Up to Business Personal Property Limit |
| Property at Other Premises | $ 10,000 |
| Salespersons' Samples | $ 5,000 |
| Sewer and Drain Back Up | Included up to Covered Property Limits |
| Sump Overflow or Sump Pump Failure | $50,000 |
| Tenants Building and Business Personal Property Coverage- Required by Lease | $ 20,000 |
| Transit Property in the Care of Carriers for Hire | $ 10,000 |
| Unauthorized Business Card Use | $  5,000 |

© 2007, The Hartford

The Limits of Insurance for the following Coverage Extensions are a replacement of the Limit of Insurance provided under the Standard Property Coverage Form or the Special Property Coverage Form, whichever applies to the policy:

| Coverage | Limit |
|---|---|
| Newly Acquired or Constructed Property – 180 Days | |
| Building | $1,000,000 |
| Business Personal Property | $ 500,000 |
| Business Income and Extra Expense | $ 500,000 |
| Outdoor Property | $ 25,000 aggregate/ $1,000 per item |
| Personal Effects | $ 25,000 |
| Property Off-Premises | $ 25,000 |

The following changes apply only if Business Income and Extra Expense are covered under this policy. The Limits of Insurance for the following Business Income and Extra Expense Coverages are in addition to any other Limit of Insurance provided under this policy:

| Coverage | Limit |
|---|---|
| Business Income Extension for Off-Premises Utility Services | $ 25,000 |
| Business Income Extension for Web Sites | $ 50,000/ 7 days |
| Business Income from Dependent Properties | $ 25,000 |

The following Limit of Insurance for the following Business Income Coverage is a replacement of the Limit of Insurance provided under the Standard Property Coverage Form or the Special Property Coverage Form, whichever applies to the policy:

| Coverage | Limit |
|---|---|
| Extended Business Income | 90 Days |

The following changes apply to Loss Payment Conditions:

| Coverage | Limit |
|---|---|
| Valuation Changes | |
| Commodity Stock | Included |
| "Finished Stock" | Included |
| Mercantile Stock - Sold | Included |

**POLICY NUMBER:** 10 SBA VP9803



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNMANNED AIRCRAFT - LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS LIABILITY COVERAGE FORM**

**SCHEDULE**

| | |
|---|---|
| ☐ | **Option 1**: If an "X" is shown in this box, Bodily Injury and Property Damage coverage for Unmanned Aircraft applies and the Unmanned Aircraft Exclusion in Paragraph **A.1.g.(1)** of this endorsement does not apply. |
| ☐ | **Option 2**: If an "X" is shown in this box, Personal And Advertising Injury coverage for Unmanned Aircraft applies and the Unmanned Aircraft - Personal And Advertising Injury Exclusion in Paragraph **A.2.** of this endorsement does not apply. |

Except as otherwise stated in this endorsement or the schedule above, the terms and conditions of the policy apply to the insurance stated below.

**A.** The following changes are made to Section **B.1.**, **EXCLUSIONS**:

    **1.** Paragraph **g.**, **Aircraft, Auto or Watercraft**, is deleted and replaced with the following:

        **g. Aircraft, Auto or Watercraft**

           **(1) Unmanned Aircraft**

              "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

              This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

           **(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

              "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

              This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

              Paragraph **g. (2)** does not apply to:

           **(a)** A watercraft while ashore on premises you own or rent;

           **(b)** A watercraft you do not own that is:

              **(i)** Less than 51 feet long; and

              **(ii)** Not being used to carry persons for a charge;

           **(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

           **(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(e)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Section G Liability and Medical Expenses Definitions, Paragraph 15 **f. (2)** or **f. (3)** of the definition of "mobile equipment"; or

**(f)** An aircraft (other than unmanned aircraft) that is not owned by any insured and is hired, chartered or loaned with a paid crew. However, this exception does not apply if the insured has any other insurance for such "bodily injury" or "property damage", whether the other insurance is primary, excess, contingent or on any other basis.

**2.** The following is added to Section **B. EXCLUSIONS** Paragraph **p.**, **Personal and Advertising Injury**:

**Unmanned Aircraft - Personal and Advertising Injury**

Arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

However, this exclusion does not apply if the only allegation in the claim or "suit" involves an intellectual property right which is limited to:

**(a)** Infringement, in your "advertisement", of:

    **(i)** Copyright;

    **(ii)** Slogan; or

    **(iii)** Title of any literary or artistic work; or

**(b)** Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement".

**B.** The following changes apply to Section **G. LIABILITY AND MEDICAL EXPENSES DEFINITIONS:**

  **1.** The following definition is added:

"Unmanned aircraft" means an aircraft that is not:

    **a.** Designed;

    **b.** Manufactured; or

    **c.** Modified after manufacture

to be controlled directly by a person from within or on the aircraft.

**POLICY NUMBER:** 10 SBA VP9803



# THIS ENDORSEMENT  CHANGES  THE POLICY.  PLEASE  READ  IT  CAREFULLY.

.

.



**Named Insured**:  **SHARDE  HARVEY  DDS  PLLC**

**Policy Number**:  10 SBA VP9803

**Effective Date**:  12/16/19                   **Expiration Date**:  12/16/20

**Company Name**:  SENTINEL  INSURANCE  COMPANY,  LIMITED

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims.

All other terms and conditions remain unchanged.

**Form IH 99 41 04 09**                                                **Page 1 of 1**

```
          COMMERCIAL  LINES  AUTOMATION  -  SPECTRUM  SUMMARY        PAGE     4

     POLICY  INFORMATION


     NAMED  INSURED:   SHARDE  HARVEY  DDS  PLLC
     AGENT  CODE  AND  NAME:   152345   MOGIL  ORGANIZATION  LLC
     COMPANY  CODE  AND  NAME:   A  SENTINEL  INSURANCE  COMPANY,  LIMITED
     EFFECTIVE  DATE:   12/16/19           EXPIRATION  DATE:   12/16/20
                                          AUDIT  PERIOD:   NON-AUDITABLE

     POLICY  AUTOMATICALLY  BOOKED

     REPLACEMENT  COST  APPLIES  TO  BPP

     SPECTRUM  PROPERTY  DEDUCTIBLE:      $2,500

              COVERAGES            LIMITS  OF  LIABILITY       PREMIUMS
     POLICY  BASE  PREMIUM                                       $69.00
     BUSINESS  PERSONAL  PROPERTY          $894,500         $1,349.00
     BUSINESS  INCOME/EXTRA  EXPENSE                          $536.00
     EQUIPMENT  BREAKDOWN                 INCLUDED            $105.00
     BUSINESS  LIABILITY
        PREMISES/OPERATIONS             $1,000,000           $165.00
     DAMAGES  TO  PREMISES  RENTED  TO  YOU
       ANY  ONE  PREMISES               $1,000,000           INCLUDED
     MONEY  AND  SECURITIES
           INSIDE-PREMISES                $10,000
          OUTSIDE-PREMISES                $5,000             INCLUDED
     IDENTITY  RECOVERY                   $15,000            INCLUDED
     NON-OWNED  AUTOMOBILE              $1,000,000           $126.00
     SUPER  STRETCH  FOR  MEDICAL  OFFICES                   $276.00
     TERRORISM  COVERAGE                                      $53.00

                                        TOTAL     $2,679.00

                              FACTOR
     NEW  YORK  FIRE  FEE                   .0125           $29.78

      DIRECT  ACCOUNT  BILL  NUMBER  -  12847991
```

```
                      PRODUCER'S  FACT  SHEET

NAMED  INSURED:  SHARDE  HARVEY  DDS  PLLC
                 SEE  FORM  SS 12 35


POL #: 10 SBA VP9803   SB


PRODUCER'S  NAME:        PRODUCER'S  CODE: 152345
MOGIL  ORGANIZATION  LLC


POL EFF DATE: 12/16/19   POL EXP DATE: 12/16/20


DIRECT  ACCOUNT  BILL  NUMBER - 12847991


TRANSACTION  TYPE:   RENEWAL


TOTAL POLICY PREMIUM:       $2,708.78 (INCLUDES  SURCHARGES)


THIS SPECTRUM RENEWAL POLICY PREMIUM REFLECTS THE
HARTFORD'S RECOGNITION OF ANY CHANGES TO THE INSURED'S
BUSINESS AND ASSOCIATED RISK ATTRIBUTES THAT HAVE
OCCURRED DURING THE PREVIOUS POLICY TERM. THIS MAY
INCLUDE CHANGES IN EXPOSURE, RECENT LOSS HISTORY OR
OTHER CHARACTERISTICS THAT HAVE BECOME KNOWN TO US THROUGH
THE UNDERWRITING PROCESS.


              COMMISSION  BREAKDOWN


       POLICY  PREMIUM      COMMISSION  PERCENTAGE

  SPECTRUM         $2,679.00            15.0
  NY SRCH            $29.78             0.0
  TOTAL            $2,708.78
     FORM                   TITLE
SS 00 01 03 14    POLICY FRONT COVER
SS 00 02 12 06    SPECTRUM POLICY DECLARATIONS
SS 00 05 10 08    COMMON POLICY CONDITIONS
SS 00 07 07 05    SPECIAL PROPERTY COVERAGE FORM
SS 00 08 04 05    BUSINESS LIABILITY COVERAGE FORM
SS 00 60 09 15    BUSINESS LIABILITY COVERAGE FORM AMENDATORY
                  ENDORSEMENT
SS 00 61 07 19    SPECIAL PROPERTY COVERAGE AMENDATORY ENDORSEMENT
SS 00 64 09 16    BUSINESS LIABILITY COVERAGE FORM AMENDATORY-
                  SUPPLEMENTARY PAYMENTS
SS 12 35 03 12    AMENDMENT OF THE DECLARATIONS - ADDITIONAL PERSONS
                  OR ORGANIZATIONS DESIGNATED AS NAMED INSUREDS
SS 01 26 07 18    NEW YORK CHANGES
SS 01 97 09 09    HIRED AUTO AND NON-OWNED AUTO LIABILITY - NEW YORK
SS 42 06 03 17    UNMANNED AIRCRAFT - LIABILITY ENDORSEMENT
SS 04 19 04 09    BUSINESS INCOME EXTENSION FOR OFF-PREMISES UTILITY
                  SERVICES
SS 04 22 07 05    FINE ARTS
SS 04 30 07 05    TRANSIT COVERAGE- PROPERTY IN THE CARE OF CARRIERS
                  FOR HIRE
SS 04 39 07 05    ACCOUNTS RECEIVABLE
SS 04 41 03 18    COMPUTERS AND MEDIA
SS 04 42 03 17    EMPLOYEE DISHONESTY COVERAGE
SS 04 44 07 05    OUTDOOR SIGNS
SS 04 45 07 05    PERSONAL PROPERTY OF OTHERS
SS 04 46 09 14    TEMPERATURE CHANGE

PRODUCER'S FACT SHEET      PAGE 1
09/17/19  10 SBA VP9803   SB  (12/16/20)
```

PRODUCER' S FACT SHEET (CONTINUED)     POL #: 10 SBA VP9803   SB

```
SS 04 47 04 09      VALUABLE  PAPERS  AND  RECORDS
SS 04 78 12 17      BUSINESS  INCOME  FROM  DEPENDENT  PROPERTIES
SS 04 80 03 00      CRIME  COMMON  CONDITIONS  AND  EXCLUSIONS
SS 04 86 03 00      FORGERY  COVERAGE
SS 04 93 09 07      SUPER  STRETCH  FOR  MEDICAL  OFFICES
SS 40 18 07 05      OFF-PREMISES  UTILITY  SERVICES  -  DIRECT  DAMAGE
SS 40 26 04 05      CYBERFLEX  COVERAGE
SS 41 46 12 17      IDENTITY  RECOVERY  COVERAGE  FOR  BUSINESSOWNERS  AND
                    EMPLOYEES  -  NEW  YORK
SS 41 51 10 09      BUILDING  LIMIT-  AUTOMATIC  INCREASE  REVISION
IH 10 01 09 86      PERILS  SPECIFICALLY  EXCEPTED
SS 05 47 09 15      EXCLUSION  -  NUCLEAR  ENERGY  LIABILITY
SS 51 06 01 15      CAP  ON  LOSSES  FROM  CERTIFIED  ACTS  OF  TERRORISM
SS 51 11 03 17      EXCLUSION  -  UNMANNED  AIRCRAFT  (PROPERTY)
G-3418-0            PRODUCER  COMPENSATION  NOTICE
IH 12 00 11 85      .
PC-374-0            IMPORTANT  NOTICE  TO  POLICYHOLDERS
SS 12 12 03 92      LOSS  PAYABLE  PROVISIONS
100722RV11          INSURANCE  POLICY  BILLING  INFORMATION
106373             IMPORTANT  INFORMATION  FOR  NEW  YORK  PROPERTY  OWNERS  AND
                    TENANTS
IH 99 40 04 09      U.S.  DEPT  OF  THE  TREASURY,  OFFICE  OF  FOREIGN  ASSETS
                    CONTROL  ("OFAC")  ADVISORY  NOTICE  TO  POLICYHOLDERS
IH 99 41 04 09      TRADE  OR  ECONOMIC  SANCTIONS  ENDORSEMENT
SS 82 23 09 15      WINDSTORM  OR  HAIL  PERCENTAGE  DEDUCTIBLE
G-3167-1            POLICYHOLDER  NOTICE  WINDSTORM  OR  HAIL  OR  HURRICANE
                    COVERAGE
G-4159-0            THANK  YOU  FOR  RENEWING  (IMPORTANT  NOTICE  TO  OUR  POLICY
                    HOLDERS-SPECTRUM  RENEWAL  PACKAGE)
SS 83 76 01 15      DISCLOSURE  PURSUANT  TO  TERRORISM  RISK  INSURANCE  ACT
SS 84 19 09 07      SUPER  STRETCH  FOR  MEDICAL  OFFICES  SUMMARY
SS 89 93 07 16      IMPORTANT  NOTICE  TO  POLICYHOLDERS  -  THE  HARTFORD
                    CYBER  CENTER  WEBSITE
SS 90 30 06 18      IMPORTANT  NOTICE  TO  POLICYHOLDERS  -  ERISA  EMPLOYEE  DISH
                    ONESTY
DOS-0347            N.Y.  HAZARDOUS  MATERIAL  REPORT
```

# Important Information
## For New York Property
### Owners and Tenants

**As a result of New York Labor Law Section 240, you may be liable for injuries to contractors you hire to do work at or on your property.**
**Learn more about this law and what you can do to reduce your risk.**

As a New York property owner or a tenant who hires contractors to repair, alter, paint, erect, demolish, clean or point a building or structure under New York Law Section 240, you may be liable for injuries sustained by the contractor's workers who fall from heights or who are struck by falling objects.

This law places responsibility for worksite safety on owners and tenants who hire contractors. Liability under New York Labor Law Section 240 may be imposed regardless of whether the property owner exercised supervision or control over the injured worker.

## Examples of Claims and Lawsuits

Contractors often work at heights and use ladders, scaffolding or other devices in order to get a job done. It would not be uncommon for a contractor's employee (injured in a fall from a height on your property) to bring a legal action against you or your company. Examples of situations that resulted in a claim and/or lawsuit under Section 240 of the New York Labor Law include:

- A maintenance worker fell from a ladder and was injured while taking down ceiling tiles for a store owner to correct a drafty condition created by improperly installed ceiling insulation.
- Trade Association hired a contractor to assist in installing a stage. Plaintiff, an employee of the contractor, fell four feet and was injured.
- A worker was injured when he fell from an elevated height while removing and replacing piping for a machine oil supply and return system for our manufacturing risk.
- A worker was injured in a fall from a steel beam. There was no scaffold beneath the beam.

In each of these cases, the property owner or business owner was alleged to be liable based on the fact that they had hired a contractor to do work.

## Impact on Insurance Coverage

Claims and lawsuits under Section 240 of the New York Labor Law may have an adverse effect on your company's finances and insurance program.

- The most significant risk is a judgment against your company in excess of your policy's limit of liability. Some claims based on this law have been $1 million or more.
- Your future insurance premiums may increase as a result of lawsuits against your company.
- Because favorable claim history is a key component of your insurability, liability insurance may become difficult to obtain.

**Form 106373**                                                                 **Page 1 of 2**
© 2016, The Hartford

## Reducing Your Risk

There are a few simple risk management techniques that should be considered in consultation with your attorney or insurance agent to help reduce the chances of your business being involved in litigation:

1. Prior to the start of any work, have a written contract in place that includes an appropriate indemnification clause. Ensure that all contracts and indemnification clauses are reviewed by a qualified attorney prior to signing.

2. Be named as a "primary" and "non-contributory" Additional Insured on the contractor's General Liability Policy. This method of transferring risk could be significant in the event of a loss.

3. Only hire reputable contractors to perform work of any kind on your property, whether owned or leased. Pre-qualify contractors by reviewing previous work, securing recommendations from previous customers, reviewing the contractor's financial condition, inquiring about past losses, and ensuring the contractor has adequate and appropriate insurance coverage, including Workers' Compensation coverage.

4. Require all contractors you hire to strictly follow all OSHA and NY State Industrial Regulations. Ensure that the contractor is aware of the applicable regulations and laws that apply to this exposure.

Taking these simple steps will help minimize the possibility of the New York Labor Law having an adverse effect on your company's finances and insurance program, as a result of hiring a contractor. For more information about how The Hartford can help meet your business' risk management and insurance needs, please contact your agent.

### New York Labor Law Section 240 (1) provides, in part, as follows:

"All contractors and owners and their agents, except owners of one and two-family dwellings who contract for but do not direct or control the work, in the erection, demolition, repairing, altering, painting, cleaning or pointing of a building or structure shall furnish or erect, or cause to be furnished or erected for the performance of such labor, scaffolding, hoists, stays, ladders, slings, hangers, blocks, pulleys, braces, irons, ropes and other devices which shall be so constructed, placed and operated as to give proper protection to a person so employed."

The information provided above is of a general nature and may not be considered legal advice. The content of this document may omit certain details and cannot be regarded as advice that would be applicable to all businesses. As such, this information is provided for informational purposes only. Readers seeking resolution of specific safety, legal or business issues or concerns regarding this topic should consult their safety consultant, attorney and/or business advisors. The information presented is not a substitute for a thorough loss control survey of your business or operations or an analysis of the legality or appropriateness of your business practices. We do not warrant that the implementation of any view or recommendation contained herein will be an appropriate legal or business practice. Further, we do not warrant that the implementation of any view or recommendation will avoid any or all liability.



THE HARTFORD