UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARDE HARVEY, D.D.S., PLLC,<br><br>                                      Plaintiff,<br><br>—*against*—<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br><br>                                      Defendants. | 20 Civ. 3350 (PGG) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration of Charles Michael (with exhibits), defendant Sentinel Insurance Company, Ltd. will move the Court, before the Honorable Paul G. Gardephe, at the United States Courthouse, 40 Foley Square, New York, New York 10007, as soon as counsel may be heard, for an Order dismissing this action with prejudice.

Dated: October 19, 2020                              Respectfully submitted,

                                                             STEPTOE & JOHNSON LLP

                                                             By:   /s/ Sarah D. Gordon
Charles Michael                                             Sarah D. Gordon*
Meghan Newcomer                                        1330 Connecticut Avenue, NW
1114 Avenue of the Americas                         Washington, D.C. 20036
New York, New York 10036                          (202) 429-3000
(212) 506-3900                                              sgordon@steptoe.com
cmichael@steptoe.com                                 *admitted *pro hac vice*
mnewcomer@steptoe.com

*Counsel for Sentinel Insurance Company, Ltd.*