**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHARDE HARVEY DDS PLLC,

                    Plaintiff,                    20 **CIVIL** 3350 (PGG) (RWL)

      -against-                             <u>**JUDGMENT**</u>

SENTINEL INSURANCE SOMPANY LTD.,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 24, 2022, the R&R is adopted in its entirety; accordingly, the case is closed.


**Dated:**  New York, New York
         February 24, 2022



                                    **RUBY J. KRAJICK**
                             _____
                                    Clerk of Court
           **BY:**
                                      Deputy Clerk